Gregory G. Barnett, Esq. (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o PHOENIX
FOODS, S.A

               Plaintiff,

    - against -

LAN AIRLINES, S.A.

              Defendants.
------------------------------------------------------------------X

2007 Civ.

**FRCP Rule 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, MUND & FESTER GMBH & CO.KG and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1. MUND & FESTER GMBH & CO.KG is not a publicly traded company. PHOENIX FOODS is not a publicly traded company.

Dated: New York, New York
      December 13, 2007
      260-64

                                 Casey & Barnett, LLC
                                 Attorneys for Plaintiff

                     By: _____
                               Gregory G. Barnett (GGB-3751)
                               317 Madison Avenue, 21st Floor
                               New York, New York 10017
                               (212) 286-0225