

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MUND & FESTER GBBH & CO.KG a/s/o
PHOENIX FOODS, S.A.

          Plaintiff,

- against -

LAN AIRLINES, S.A.

          Defendant

INDEX: 07cv11286 (LLS)

**STIPULATION TO EXTEND
TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that defendant LAN AIRLINES, S.A. shall have until May 10, 2008 to file an Answer in this action.

Dated:
April 7, 2008

Respectfully submitted,

Roberta Miranda, Esq. (RM-5818)
MENDES & MOUNT, LLP
750 Seventh Ave.
New York, NY 10019-6829
212-261-8000
Attorneys for Defendant
LAN AIRLINES, S.A.

/s/ *for* Gregory G. Barnett (GGB-3751) with permission
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, NY 10017
212-286-0225
Attorneys for PLAINTIFF

SO ORDERED

_Louis L. Stanton_
USJ
4/9/08