UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| MUND & FESTER GBBH & CO.KG a/s/o PHOENIX FOODS, S.A. : : : Plaintiff, : : - against - : : LAN AIRLINES, S.A. Defendant | INDEX: 07cv11286 (LLS) **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for LAN AIRLINES, S.A., certifies that there are no parent corporations and any publicly held corporations that own 10% or more of LAN AIRLINES, S.A's stock.

Dated: New York, New York

May 13, 2008

Respectfully submitted,

/s_____
Roberta Miranda, Esq. (RM-5818)
MENDES & MOUNT, LLP
750 Seventh Ave.
New York, NY 10019-6829
212-261-8000
Attorneys for Defendant
LAN AIRLINES, S.A.