ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
MUND & FESTER GMBH & CO.KG a/s/o
PHOENIX FOODS, S.A.,

                    Plaintiff,            07 Civ. 11286 (LLS)

     - against -                                ORDER

LAN AIRLINES, S.A.,

                    Defendant.
- - - - - - - - - - - - - - - - - - -X
```

It having been reported to the court that this action is settled, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated: New York, New York
       September 5, 2008

*Louis L. Stanton*
LOUIS L. STANTON
U. S. D. J.